| Name and address<br>Thomas P. Krukowski<br>Krukowski & Costello, S.C.<br>7111 W. Edgerton Avenue<br>Milwaukee, WI 53220<br>Telephone: (414) 423-1330<br>Facsimile: (414) 423-8755 | Michael Gregg, State Bar #205524<br>LITTLER MENDELSON, P.C.<br>1920 Main Street, Suite 900<br>Irvine, CA 92614<br>Telephone: (949) 705-3000<br>Facsimile: (949) 724-1201 |
|---|---|

FILED
CLERK, U.S. DISTRICT COURT
APR 24 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| MELISSA SCHUELER, et al.<br><br>Plaintiff(s)<br>v.<br><br>H&R BLOCK MORTGAGE<br>CORPORATION, et al.<br><br>Defendant(s). | CASE NUMBER<br><br>SACV07-342 JVS (ANx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |
|---|---|

The Court, having reviewed the accompanying Application of _____Thomas P. Krukowski_____,
*Applicant's Name*

of _____Krukowski & Costello, S.C._____ for permission to appear and participate in the above-entitled
*Firm Name*

action on behalf of ☐ Plaintiff  ☑ Defendant  H&R BLOCK MORTGAGE CORPORATION, OPTION ONE MORTGAGE CORPORATION

and the designation of _____Michael Gregg_____ of _____Little Mendelson, P.C._____
*Local Counsel Designee*         *Local Counsel Firm*

as local counsel, hereby **ORDERS** the Application be:

☑ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated __4/24/07__                    _____signature_____
                                     U. S. District Judge/~~U.S. Magistrate Judge~~


DOCKETED ON CM
APR 25 2007
BY _____ 024

G-64 ORDER (06/05)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1920 Main Street, Suite 900, Irvine, CA 92614. On April 23, 2007, I served the within document(s):

ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

☐ by facsimile transmission at or about _____ on that date. This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number 949.724.1201. The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is attached. The names and facsimile numbers of the person(s) served are as set forth below.

☒ by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Irvine, California addressed as set forth below.

☐ by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

☐ by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

Morris J. Baller, Esq.
Laura L. Ho, Esq.
James Kan, Esq.
Goldstein, Demchak, Baller,
 Borgen & Dardarian
300 Lakeside Drive, Ste. 1000
Oakland, CA 94612

Robert W. Thompson, Esq.
Charles S. Russell, Esq.
Callahan, McCune & Willis, APLC
111 Fashion Lane
Tustin, CA 92780

Claudia C. Bohorquez, Esq.
Law Offices of Claudia C. Bohorquez
3500 W. Olive Ave., Ste. 300
Burbank, CA 91505

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment,

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067 3107
310 553 0308

Firmwide:82370132.1 051460.1006

1  deposited in an overnight delivery service pick-up box or office on the same day with postage or fees
2  thereon fully prepaid in the ordinary course of business.
3       I declare that I am employed in the office of a member of the bar of this court at
4  whose direction the service was made. Executed on April 23, 2007, at Irvine, California.

*/s/ Maria Lozano*

Firmwide:82370132.1 051460.1006

2.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067 3107
310 553 0308