FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 2 5 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  KRUKOWSKI & COSTELLO, S.C.
   THOMAS P. KRUKOWSKI (WI SB# 01013222)
2  tpk@kclegal.com
   7111 W. Edgerton Avenue
3  Milwaukee, WI 53220
   Telephone: (414)423-1330
4  Facsimile: (414)423-8755

5  MICHAEL A. GREGG (SB# 205524)
   mgregg@littler.com
6  LITTLER MENDELSON, P.C.
   1920 Main Street, Suite 900
7  Irvine, CA 92614
   Telephone: (949) 705-3000
8  Facsimile: (949) 724-1201

Priority ____
Send ____ X
Enter ____
Closed ____
JS-5/JS-6 ____
JS-2/JS-3 ____
Scan Only ____

9  [counsel's names continued on following page]

10 Attorneys for Defendants H&R Block Mortgage
   Corporation & Option One Mortgage Corporation.

11              UNITED STATES DISTRICT COURT
12             CENTRAL DISTRICT OF CALIFORNIA
                    SOUTHERN DIVISION
13

14 | MELISSA SCHUELER, individually | Case No.: SACV07-342 CJC (MLGx) |
   | and, on behalf of all persons similarly | |
15 | situated and the general public, | [PROPOSED] ORDER GRANTING |
   | | PARTIES' JOINT STIPULATION |
16 | Plaintiffs, | FOR CONTINUATION OF |
   | | HEARING |
   | vs. | |
17 | | Date: Monday, June 11, 2007 |
   | H&R BLOCK MORTGAGE | Time: 1:30 p.m. |
18 | CORPORATION, OPTION ONE | Complaint Date: March 23, 2007 |
   | MORTGAGE CORPORATION, and | Judge: Cormac J. Carney |
19 | Does 1 to 10, | Courtroom: 9B |
   | | |
20 | Defendants. | CLASS ACTION |

21

22

23

24

25

26

27

28

DOCKETED ON CM

MAY 3 0 2007

BY _____ 178

[PROPOSED] ORDER FOR PARTIES' JOINT STIPULATION FOR CONTINUATION OF HEARING.
1

CASE NO. SACV07-342 CJC (MLGx)

15

1   JEREMY A. ROTH (SB# 129007)
    jroth@littler.com
2   LITTLER MENDELSON, P.C.
    501 W. Broadway, Suite 900
3   San Diego, CA 92101-3577
    Telephone: (619) 515-1802
4   Facsimile: (619) 232-4302

5

6

7

8      The Court, having read and considered the Parties' Joint Stipulation for

9  Continuation of Hearing from June 11, 2007, until June 18, 2007;

10    **HEREBY ORDERS, ADJUDGED AND DECREED:**

11    That Parties' Joint Stipulation for Continuation of Hearing is GRANTED.

12

13    Dated on the 25th day of May, 2007.

14

15

16               The Honorable Cormac J. Carney

17

18    Submitted By:

19    THOMAS P. KRUKOWSKI

20    KRUKOWSKI & COSTLELO, S.C.

21

22    By: _____
          Thomas P. Krukowski
23         *WI State Bar No. 01013222*
24         7111 W. Edgerton Avenue
         Milwaukee, WI 53220
25         Telephone: (414) 423-1330
26         Facsimile: (414) 423-8755

27    MICHAEL GREGG

28    LITTLER MENDELSON, P.C.

1

2

Michael Gregg
*State Bar No. 205524*
1920 Main Street, Suite 900
Irvine, CA 92614
Telephone: (949) 705-3000
Facsimile: (949) 724-1201

3

4

5

6

ATTORNEYS FOR DEFENDANTS

7

8

9

10

11

12

13

14

15

16

17

119086/2004043-7

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER FOR PARTIES' JOINT STIPULATION FOR CONTINUATION OF HEARING.

3

CASE NO. SACV07-342 CJC (MLGx)

# **PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1920 Main Street, Suite 900, Irvine, CA 92614. On May 23, 2007, I served the within document(s):

[PROPOSED] ORDER GRANTING PARTIES JOINT
STIPULATION FOR CONTINUATION OF HEARING

☐    by facsimile transmission at or about _____ on that date. This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number 949.724.1201. The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is attached. The names and facsimile numbers of the person(s) served are as set forth below.

☒    by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Irvine, California addressed as set forth below.

☐    by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

☐    by personal service I caused such envelope to be delivered to **WORLDWIDE NETWORK** for delivery to the address below.

Robert W. Thompson, Esq.
Charles S. Russell, Esq.
Callahan, McCune & Willis, APLC
111 Fashion Lane
Tustin, CA 92780

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles CA 90067-3107
310 553 0308

Firmwide:82370132.1 051460.1006                3.

1  delivery service shipment, deposited in an overnight delivery service pick-up box or

2  office on the same day with postage or fees thereon fully prepaid in the ordinary

3  course of business.

4       I declare that I am employed in the office of a member of the bar of this

5  court at whose direction the service was made. Executed on May 23, 2007, at Irvine,

6  California.

7

8

9                           Maria Lozano

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067 3107
310 553 0308

Firmwide 82370132.1 051460.1006          4.

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1920 Main Street, Suite 900, Irvine, CA 92614. On May 23, 2007, I served the within document(s):

[PROPOSED] ORDER GRANTING PARTIES JOINT
STIPULATION FOR CONTINUATION OF HEARING

☐ by facsimile transmission at or about _____ on that date. This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number 949.724.1201. The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is attached. The names and facsimile numbers of the person(s) served are as set forth below.

☒ by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Irvine, California addressed as set forth below.

☐ by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

☐ by personal service I caused such envelope to be delivered to **CORPORATE LEGAL SERVICES** for delivery to the address below.

Morris J. Baller, Esq.
Laura L. Ho, Esq.
James Kan, Esq.
Goldstein, Demchak, Baller,
  Borgen & Dardarian
300 Lakeside Drive, Ste. 1000
Oakland, CA 94612

Claudia C. Bohorquez, Esq.
Law Offices of Claudia C.
Bohorquez
3500 W. Olive Ave., Ste. 300
Burbank, CA 91505

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles CA 90067-3107
310 553 0308

1       I am readily familiar with the firm's practice of collection and processing

2 correspondence for mailing and for shipping via overnight delivery service.  Under

3 that practice it would be deposited with the U.S. Postal Service or if an overnight

4 delivery service shipment, deposited in an overnight delivery service pick-up box or

5 office on the same day with postage or fees thereon fully prepaid in the ordinary

6 course of business.

7       I declare that I am employed in the office of a member of the bar of this

8 court at whose direction the service was made. Executed on May 23, 2007, at Irvine,

9 California.

10

11

12                          Maria Lozano

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067-3107
310 553 0308

Firmwide 82370132.1 051460.1006