FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 14 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ____
Send    X
Enter   ____
Closed  ____
JS-5/JS-6 ____
JS-2/JS-3 ____
Scan Only ____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MELISSA SCHUELER, et al<br><br>Plaintiff,<br><br>v.<br><br>H&R BLOCK MORTGAGE CORPORATION, et al,<br><br>Defendants. | SACV 07–00342-CJC(MLGx)<br><br>SCHEDULING ORDER |

The Court, having reviewed the pleadings and the parties' submissions pursuant to Federal Rule of Civil Procedure 26(f), now ORDERS as follows:

[1] All discovery, including discovery motions, shall be completed by August 29, 2008. Discovery motions must be filed and heard prior to this date.

[2] The parties shall have until October 31, 2008 to file all other motions, including motions to join or amend the pleadings.

[3] A Pretrial Conference will be held on **Monday, December 1, 2008 at 3:30 p.m.** Full compliance with Local Rule 16 is required.

DOCKETED ON CM

SEP 18 2007

BY _____ 082

[4] The jury trial of the case shall begin on **Tuesday, December 9, 2008 at 9:00 a.m.**

**IT IS SO ORDERED.**

IT IS FURTHER ORDERED that the Clerk of the Court shall serve copies of this Order on counsel for the parties in this matter.

DATED: September 14, 2007

_____
CORMAC J. CARNEY
United States District Judge