BALLARD ROSENBERG GOLPER
& SAVITT, LLP
Jeffrey P. Fuchsman (CA Bar No. 105651)
Linda Savitt (CA Bar No. 94164)
10 Universal City Plaza, 16th Floor
Universal City, California 91608-1097
Telephone: (818) 508-3700
Facsimile: (818) 506-4827

BERKOWITZ OLIVER WILLIAMS
SHAW & EISENBRANDT LLP
Nicholas L. DiVita (MO Bar No. 37514)
Jocelyn A. Villanueva (MO Bar No. 43448)
Stacey R. Gilman (CA Bar No. 186396)
Logan W. Overman (MO Bar No. 55002)
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Telephone: (816) 561-7007
Facsimile: (816) 561-1888

Attorneys for Defendants H&R Block Mortgage
Corporation, Option One Mortgage Corporation, and
Does 1 to 10

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| MELISSA SCHUELER, CHRIS KARALIS and EDDIE FIGUEROA, individually and on behalf of all persons similarly situated and the general public,<br><br>**Plaintiffs,**<br><br>v.<br><br>**H&R BLOCK MORTGAGE CORPORATION, OPTION ONE MORTGAGE CORPORATION, and DOES 1 TO 10,**<br><br>**Defendants.** | Case No. SACV07-342 CJC (MLGx)<br><br>**REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |

Defendants H&R Block Mortgage Corporation and Option One Mortgage Corporation hereby request that the Court approve the substitution of Jeffrey P. Fuchsman and Linda Savitt of the law firm of Ballard Rosenberg Golper & Savitt, LLP, and Nicholas L. DiVita, Jocelyn A. Villanueva, Stacey R. Gilman, and Logan W. Overman of the law firm of Berkowitz Oliver Williams Shaw & Eisenbrandt LLP, as attorneys of

record inplace and stead of Thomas P. Krukowski, Michael A. Gregg, Jeremy A. Roth, and David J. Dow.

Dated: _____                    _____
                                                 *Signature of Party/Authorized Representative of Party*

---

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated: 2-15-08                                    /s/ Thomas P. Krukowski
                                                  Thomas P. Krukowski

Dated: _____                    _____
                                                 Michael A. Gregg

Dated: _____                    _____
                                                 Jeremy A. Roth

Dated: _____                    _____
                                                 David J. Dow

---

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated: _____                    _____
                                                 Jeffrey P. Fuchsman      CA Bar No. 105651

Dated: _____                    _____
                                                 Linda Savitt             CA Bar No. 94164

Dated: _____                    _____
                                                 Nicholas L. DiVita       MO Bar No. 37514

Dated: _____                    _____
                                                 Jocelyn A. Villanueva    MO Bar No. 43448

Dated: _____                    _____
                                                 Stacey R. Gilman         CA Bar No. 186396

Dated: _____                    _____
                                                 Logan W. Overman         MO Bar No. 55002

2

record inplace and stead of Thomas P. Krukowski, Michael A. Gregg, Jeremy A. Roth, and David J. Dow.

Dated: _____     _____
                                    *Signature of Party/Authorized Representative of Party*

---

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated: _____     _____
                                    Thomas P. Krukowski

Dated: 2/20/08                      _____
                                    Michael A. Gregg

Dated: 02/19/08                     _____
                                    Jeremy A. Roth

Dated: 2/19/08                      _____
                                    David J. Dow

---

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated: _____     _____
                                    Jeffrey P. Fuchsman    CA Bar No. 105651

Dated: _____     _____
                                    Linda Savitt           CA Bar No. 94164

Dated: _____     _____
                                    Nicholas L. DiVita     MO Bar No. 37514

Dated: _____     _____
                                    Jocelyn A. Villanueva  MO Bar No. 43448

2

place and stead of Thomas P. Krukowski, Michael A. Gregg, Jeremy A. Roth, and David J. Dow.

Dated: _____   _____
                                                      *Signature of Party/Authorized Representative of Party*

---

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated: _____

                                                 Thomas P. Krukowski

Dated: _____

                                                 Michael A. Gregg

Dated: _____

                                                 Jeremy A. Roth

Dated: _____

                                                 David J. Dow

---

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated: 2/14/08

                                                 Jeffrey P. Fuchsman    CA Bar No. 105651

Dated: 2-17-08

                                                 Linda Savitt    CA Bar No. 94164

Dated: _____

                                                 Nicholas L. DiVita    MO Bar No. 37514

Dated: _____

                                                 Jocelyn A. Villanueva    MO Bar No. 43448

Dated: _____

                                                 Stacey R. Gilman    CA Bar No. 186396

Dated: _____

                                                 Logan W. Overman    MO Bar No. 55002

record inplace and stead of Thomas P. Krukowski, Michael A. Gregg, Jeremy A. Roth, and David J. Dow.

Dated: _____

_____
*Signature of Party/Authorized Representative of Party*

---

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated: _____

_____
Thomas P. Krukowski

Dated: _____

_____
Michael A. Gregg

Dated: _____

_____
Jeremy A. Roth

Dated: _____

_____
David J. Dow

---

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated: _____

_____
Jeffrey P. Fuchsman    CA Bar No. 105651

Dated: _____

_____
Linda Savitt    CA Bar No. 94164

Dated: 2-25-08

*[signature]*
Nicholas L. DiVita    MO Bar No. 37514

Dated: 2-25-08

*[signature]*
Jocelyn A. Villanueva    MO Bar No. 43448

Dated: 2-25-08

*[signature]*
Stacey R. Gilman    CA Bar No. 186396

Dated: 2-25-08

*[signature]*
Logan W. Overman    MO Bar No. 55002

2