Linda Miller Savitt, SBN 94164
*lsavitt@brgslaw.com*
Jeffrey P. Fuchsman, SBN 105651
*jfuchsman@brgslaw.com*
BALLARD ROSENBERG
　GOLPER & SAVITT LLP
10 Universal City Plaza, Sixteenth Floor
Universal City, California  91608-1097
Telephone:　(818) 508-3700
Facsimile:　(818) 506-4827

Nicholas L. DiVita, MO Bar No. 37514
*ndivita@bowse-law.com*
Jocelyn A. Villanueva, MO Bar No. 43448
*jvillanueva@bowse-law.com*
Stacey R. Gilman, SBN 186396
*sgilman@bowse-law.com*
Logan W. Overman, MO Bar No. 55002
*lwoverman@bowse-law.com*
Jennifer B. Wieland, SBN 223841
*jwieland@bowse-law.com*
BERKOWITZ OLIVER WILLIAMS
　SHAW & EISENBRANDT LLP
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri  64108
Telephone:　(816) 561-7007
Facsimile:　(816) 561-1888

Attorneys for Defendants
H&R BLOCK MORTGAGE CORPORATION and
OPTION ONE MORTGAGE CORPORATION

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| MELISSA SCHUELER, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>H&R BLOCK MORTGAGE CORPORATION, et al.,<br><br>　　　　Defendants. | CASE NO. SACV07-342 CJC (MLGx)<br><br>**DEFENDANTS' APPENDIX OF EXHIBITS IN SUPPORT OF MOTION TO DECERTIFY CONDITIONAL FLSA CLASS**<br>Date: May 21, 2009<br>Time: 1:30 P.M.<br>Courtroom: 9B<br>Hon. Cormac J. Carney |

In support of their Motion to Decertify the Conditional FLSA Class, Defendants H&R Block Mortgage Corporation and Option One Mortgage Corporation hereby offer this paginated Appendix of Exhibits, consisting of the attached Declaration of Jocelyn A. Villanueva, and twenty-four exhibits to that Declaration.

DATED: March 2, 2009

/s/ Nicholas L. DiVita
NICHOLAS L. DIVITA
JOCELYN A. VILLANUEVA
STACEY R. GILMAN
LOGAN W. OVERMAN
JENNIFER B. WIELAND
BERKOWITZ OLIVER WILLIAMS
    SHAW & EISENBRANDT, LLP
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri  64108
Telephone:  (816) 561-7007
Facsimile:   (816) 561-1888
E-Mail:       ndivita@bowse-law.com
                  jvillanueva@bowse-law.com
                  sgilman@bowse-law.com
                  lwoverman@bowse-law.com
                  jwieland@bowse-law.com

LINDA MILLER SAVITT
JEFFREY P. FUCHSMAN
BALLARD ROSENBERG GOLPER
    & SAVITT, LLP
10 Universal City Plaza, 16th Floor
Universal City, California  91608-1097
Telephone:  (818) 508-3700
Facsimile:   (818) 506-4827
E-Mail:       lsavitt@brgslaw.com
                  jfuchsman@brgslaw.com

**ATTORNEYS FOR DEFENDANTS**

## PROOF OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically with the United States District Court for the Central District of California Southern Division on this 2nd day of March 2009, with notice of case activity generated and sent electronically to:

>Robert W. Thompson (SBN 106411)
>Charles S. Russell (SBN 233912)
>Callahan, McCune & Willis APLC
>111 Fashion Lane
>Tustin, California  92780
>robert_thompson@cmwlaw.net
>charles_russell@cmwlaw.net

>Morris J. Baller (SBN 048928)
>Laura L. Ho (SBN 173179)
>James Kan (SBN 240749)
>Goldstein, Demchak, Baller, Borgen & Dardarian
>300 Lakeside Drive, Suite 1000
>Oakland, California  94612
>mballer@gdblegal.com
>lho@gdblegal.com
>jkan@gdblegal.com

>Claudia C. Bohorquez (SBN 150647)
>Law Offices of Claudia C. Bohorquez
>3500 W. Olive Avenue, Suite 300
>Burbank, California  91505
>ccblaw@aol.com

**Attorneys for Plaintiff, Melissa Schueler, et al.**

>BERKOWITZ OLIVER WILLIAMS
>SHAW & EISENBRANDT LLP
>
>By: /s/ Nicholas L. DiVita

-3-

DEFENDANTS' APPENDIX OF EXHIBITS IN SUPPORT OF MOTION TO DECERTIFY CONDITIONAL FLSA CLASS; CASE NO. SACV07-342 CJC (MLGx)