```
 1 | Linda Miller Savitt, SBN 94164
   | lsavitt@brgslaw.com
 2 | Jeffrey P. Fuchsman, SBN 105651
   | jfuchsman@brgslaw.com
 3 | BALLARD ROSENBERG
   |    GOLPER & SAVITT LLP
 4 | 10 Universal City Plaza, Sixteenth Floor
   | Universal City, California  91608-1097
 5 | Telephone:  (818) 508-3700
   | Facsimile:  (818) 506-4827
 6 |
   | Nicholas L. DiVita, MO Bar No. 37514
 7 | ndivita@bowse-law.com
   | Jocelyn A. Villanueva, MO Bar No. 43448
 8 | jvillanueva@bowse-law.com
   | Stacey R. Gilman, SBN 186396
 9 | sgilman@bowse-law.com
   | Logan W. Overman, MO Bar No. 55002
10 | lwoverman@bowse-law.com
   | Jennifer B. Wieland, SBN 223841
11 | jwieland@bowse-law.com
   | BERKOWITZ OLIVER WILLIAMS
12 |    SHAW & EISENBRANDT LLP
   | 2600 Grand Boulevard, Suite 1200
13 | Kansas City, Missouri  64108
   | Telephone:  (816) 561-7007
14 | Facsimile:  (816) 561-1888
15 | Attorneys for Defendants
   | H&R BLOCK MORTGAGE CORPORATION and
16 | OPTION ONE MORTGAGE CORPORATION
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| MELISSA SCHUELER, et al., | CASE NO. SACV07-342 CJC (MLGx) |
|---|---|
| Plaintiffs, | **DECLARATION OF JOCELYN A. VILLANUEVA IN SUPPORT OF DEFENDANTS' MOTION TO DECERTIFY CONDITIONAL FLSA CLASS** |
| vs. | |
| H&R BLOCK MORTGAGE CORPORATION, et al., | Date: May 21, 2009 |
| | Time: 1:30 P.M. |
| Defendants. | Courtroom: 9B |
| | Hon. Cormac J. Carney |

App. 1

DECLARATION OF JOCELYN A. VILLANUEVA IN SUPPORT OF DEFENDANTS' MOTION TO DECERTIFY CONDITIONAL FLSA CLASS; CASE NO. SACV07-342 CJC (MLGx)

I, Jocelyn A. Villanueva declare as follows:

1.  I am an attorney in the law office of Berkowitz Oliver Williams Shaw & Eisenbrandt LLP, and one of the attorneys of record for Defendants H&R Block Mortgage Corporation and Option One Mortgage Corporation in this action.

2.  I make this declaration in support of Defendants' Motion to Decertify Conditional FLSA Class. The statements made in this declaration are made of my own personal knowledge, and if called as a witness, I could and would testify competently to the matters stated herein.

3.  Upon information and belief, Defendants had at least 13 office locations throughout California, and 751 loan officers working at those offices from March 2003 through September 2007.

4.  Upon information and belief, of the total putative class, 166 loan officers (and 51 of the 175 FLSA opt-ins) accepted severance checks and signed severance agreements in late 2007.

5.  On or about January 14, 2008, Defendants filed the Declaration of Tom Fox in support of their Opposition to Plaintiffs' Motion for Notice (Docket No. 63-3). A true and correct copy of excerpts from that declaration is attached hereto as Exhibit 1.

6.  On or about July 23, 2008, the deposition of named plaintiff Eduardo Figueroa was taken in this case. A true and correct copy of excerpts from the transcript of that deposition is attached hereto as Exhibit 2.

App. 2

7. On or about April 22, 2008, the deposition of opt-in plaintiff Phillip Agnell was taken in this case. A true and correct copy of excerpts from the transcript of that deposition is attached hereto as Exhibit 3.

8. On or about April 24, 2008, the deposition of opt-in plaintiff Shawn Vaillancourt was taken in this case. A true and correct copy of excerpts from the transcript of that deposition is attached hereto as Exhibit 4.

9. On or about December 26, 2007, Plaintiffs filed the Declaration of Melissa Schueler in support of their Motion for Notice (Docket No. 59-17). A true and correct copy of that declaration is attached hereto as Exhibit 5.

10. On or about April 22, 2008, the deposition of opt-in plaintiff Joey Lorts was taken in this case. A true and correct copy of excerpts from the transcript of that deposition is attached hereto as Exhibit 6.

11. On or about December 26, 2007, Plaintiffs filed the Declaration of Eduardo Figueroa in support of their Motion for Notice (Docket No. 59-4). A true and correct copy of excerpts from that declaration is attached hereto as Exhibit 7.

12. On or about December 26, 2007, Plaintiffs filed the Affidavit of Christopher Karalis in support of their Motion for Notice (Docket No. 59-9). A true and correct copy of that affidavit is attached hereto as Exhibit 8.

13. On or about June 18, 2008, the deposition of former sales manager Chad Sathoff was taken in this case. A true and correct copy of excerpts from the transcript of that deposition is attached hereto as Exhibit 9.

App. 3

-3-

14. On or about July 24, 2008, the deposition of named plaintiff Christopher Karalis was taken in this case. A true and correct copy of excerpts from the transcript of that deposition is attached hereto as Exhibit 10.

15. On or about January 14, 2008, Defendants filed the Declaration of Joe Deacy in support of their Opposition to Plaintiffs' Motion for Notice (Docket No. 63-22). A true and correct copy of that declaration is attached hereto as Exhibit 11.

16. On or about July 22, 2008, the deposition of named plaintiff Melissa Schueler was taken in this case. A true and correct copy of excerpts from the transcript of that deposition is attached hereto as Exhibit 12.

17. On or about April 21, 2008, the deposition of opt-in plaintiff Wes Badorek was taken in this case. A true and correct copy of excerpts from the transcript of that deposition is attached hereto as Exhibit 13.

18. On December 19, 2008, Defendants served their Expert Report on Plaintiffs. The Certificate of Service was filed with the Court on December 22, 2008 (Docket No. 135). A true and correct copy of the Expert Report (Declaration of Mike Ward) is attached hereto as Exhibit 14.

19. On or about January 14, 2008, Defendants filed the Declaration of Thanh Nguyen, Jr. in support of their Opposition to Plaintiffs' Motion for Notice (Docket No. 63-23). A true and correct copy of that declaration is attached hereto as Exhibit 15.

20. On or about October 19, 2007, Plaintiffs served a copy of Plaintiff Eduardo Figueroa's Responses to First Set of Requests for Admission. A true and correct copy of excerpts from those Responses is attached hereto as Exhibit 16.

App. 4

21. On or about October 19, 2007, Plaintiffs served a copy of Plaintiff Eduardo Figueroa's Responses to First Set of Interrogatories. A true and correct copy of excerpts from those Responses is attached hereto as Exhibit 17.

22. A true and correct copy of excerpts from the Associate Earnings Report of Eduardo Figueroa is attached hereto as Exhibit 18.

23. On or about October 18, 2007, Plaintiffs served a copy of Plaintiff Christopher Karalis's Responses to First Set of Requests for Admission. A true and correct copy of excerpts from those Responses is attached hereto as Exhibit 19.

24. On or about January 10, 2008, Plaintiffs served a copy of Plaintiff Melissa Schueler's Supplemental Responses to First Set of Interrogatories. A true and correct copy of excerpts from those Responses is attached hereto as Exhibit 20.

25. On or about January 14, 2008, Defendants filed the Declaration of Leif Potter in support of their Opposition to Plaintiffs' Motion for Notice (Docket No. 63-17). A true and correct copy of that declaration is attached hereto as Exhibit 21.

26. On or about January 14, 2008, Defendants filed the Declaration of Curtiss Alderson in support of their Opposition to Plaintiffs' Motion for Notice (Docket No. 63-19). A true and correct copy of that declaration is attached hereto as Exhibit 22.

27. On or about January 14, 2008, Defendants filed the Declaration of Kari Brandi in support of their Opposition to Plaintiffs' Motion for Notice (Docket No. 63-24). A true and correct copy of that declaration is attached hereto as Exhibit 23.

App. 5

28.   On or about October 18, 2007, Plaintiffs served a copy of Plaintiff Melissa Schueler's Responses to First Set of Requests for Admission. A true and correct copy of excerpts from those Responses is attached hereto as Exhibit 24.

Dated: March 2, 2009

/s/ Jocelyn A. Villanueva
Jocelyn A. Villanueva

App. 6