Linda Miller Savitt, SBN 94164
lsavitt@brgslaw.com
Jeffrey P. Fuchsman, SBN 105651
jfuchsman@brgslaw.com
BALLARD ROSENBERG
   GOLPER & SAVITT LLP
500 N. Brand Blvd., 20th Floor
Glendale, California 91203
Telephone: (818) 508-3700
Facsimile: (818) 506-4827

Nicholas L. DiVita, MO Bar No. 37514
ndivita@bowse-law.com
Jocelyn A. Villanueva, MO Bar No. 43448
jvillanueva@bowse-law.com
BERKOWITZ OLIVER WILLIAMS
   SHAW & EISENBRANDT LLP
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Telephone: (816) 561-7007
Facsimile: (816) 561-1888

Attorneys for Defendants
H&R BLOCK MORTGAGE CORPORATION and
OPTION ONE MORTGAGE CORPORATION

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MELISSA SCHUELER, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> H&R BLOCK MORTGAGE CORPORATION, et al., <br><br> Defendants. | CASE NO. SACV07-342 CJC (MLGx) <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE TO 3/16/10** <br><br> Courtroom: _9B_ <br> Hon. Cormac J. Carney |

IT IS HEREBY STIPULATED by the parties through their respective attorneys of record that:

1. The current Scheduling Order (Doc. 190) sets the Pretrial Conference for April 19, 2010.

2. The parties have selected mediation as their preferred settlement procedure. Pursuant to LR 16-15.2, the mediation should take place by March 5, 2010.

3. The parties have selected William Caplan (Costa Mesa, California) to mediate the case. In order to accommodate the schedules of the parties and the mediator, the mediation has been set for March 16, 2010.

4. Accordingly, the parties desire an 11- day extension of the mediation deadline set by LR 16-15.2. The parties do not believe a March 16 mediation date will interfere with the other deadlines in the Scheduling Order.

Therefore, the parties stipulate and respectfully request that the Court extend the deadline for mediation, to and including March 16, 2010. A proposed order is attached.

| | |
|---|---|
| DATED: March 4, 2010 | /s/ Nicholas L. DiVita |

NICHOLAS L. DIVITA
JOCELYN A. VILLANUEVA
BERKOWITZ OLIVER WILLIAMS
   SHAW & EISENBRANDT, LLP
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Telephone: (816) 561-7007
Facsimile: (816) 561-1888
E-Mail: ndivita@bowse-law.com
           jvillanueva@bowse-law.com
           sgilman@bowse-law.com

LINDA MILLER SAVITT
JEFFREY P. FUCHSMAN
BALLARD ROSENBERG GOLPER
   & SAVITT, LLP
500 N. Brand Blvd., 20th Floor
Glendale, California 91203
Telephone: (818) 508-3700
Facsimile: (818) 506-4827
E-Mail: lsavitt@brgslaw.com
           jfuchsman@brgslaw.com

**ATTORNEYS FOR DEFENDANTS**

STIPULATION TO EXTEND MEDIATION DEADLINE; CASE NO. SACV07-342 CJC (MLGx)

DATED: 3/3/10

_____
ROBERT W. THOMPSON
CHARLES S. RUSSELL
CALLAHAN, THOMPSON, SHERMAN & CAUDILL
2601 Main Street, Suite 800
Irvine, California 92614
Telephone:  (949) 261-2872
Facsimile:  (949) 261-6060
E-Mail:     rthompson@ctsclaw.com
            crussell@ctsclaw.com

MORRIS J. BALLER
LAURA L. HO
JAMES KAN
GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN, P.C.
300 Lakeside Drive, Suite 1000
Oakland, California 94612-3536
Telephone:  (510) 763-9800
Facsimile:  (510) 835-1417
E-Mail:     mballer@gdblegal.com
            lho@gdblegal.com
            jkan@gdblegal.com

CLAUDIA C. BOHORQUEZ
LAW OFFICES OF CLAUDIA C. BOHORQUEZ
3500 W. Olive Avenue, Suite 300
Burbank, California 91505
Telephone:  (818) 973-2793
Facsimile:  (818) 973-2707
E-Mail:     ccblaw@aol.com

**ATTORNEYS FOR PLAINTIFF, MELISSA SCHUELER, ET AL.**